08 - 00465 MJJ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jonathan Lee Riches©,
Plaintiff

v.

Kathy Griffin d/b/a Kathy Griffin: Straight to hell,
Defendant

Civil No: MJJ
550

complaint

Comes Now the Plaintiff Jonathan Lee Riches, moves under 12 USC 1983. I'm sick, I'm going to hell for no reason, I'm locked in solitary, this is unconstitutional. I'm not getting proper carbs, I can't leave this cell. I seek $13 million dollars.

Respectfully Submitted
Jonathan Lee Riches©